**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 04-489** |
| | : | |
| **NORVEL VAS,** | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

     **AND NOW,** this 13th day of October, 2009, upon consideration of Defendant's Petition for "Equitable Tolling" Due to Appellant's Counsel or Any Court Failure to Notify Appellant of the Denial of Petition for Writ of Certiorari from the U.S. Supreme Court [Doc. No. 201] and the Government's Opposition to Defendant's Petition [Doc. No. 202], it is hereby **ORDERED** that Defendant's Petition is **DISMISSED** for the reasons stated in the attached Memorandum.

     It is so **ORDERED**.

                 **BY THE COURT:**

                 /s/ Cynthia M. Rufe

                 _____
                 **CYNTHIA M. RUFE, J.**