IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORVEL VAS,<br>    Petitioner | : | CRIMINAL ACTION NO. 04-cr-0489 |
| v. | : | CIVIL ACTION NO. 09-cv-5808 |
| UNITED STATES OF AMERICA,<br>    Respondent | : | |

## ORDER

**AND NOW**, this 24th day of August 2012, upon review of Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. No. 225], and his Motion for Adjustment/Reduction of Sentence [Doc. No. 245], which the Court construes as a supplement to his Amended Motion, and the Government's responses thereto, and after a careful review of the transcripts and documents of record in this case, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

    1.    The Court **RESERVES RULING** on Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 to the extent that the supplement requests a reduction of sentence to reflect the Pennsylvania Superior Court's reversal of his state court murder conviction;

    2.    The Court **DENIES** the Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 on all other grounds raised therein;

    3.    Within **FOURTEEN (14) days** of the date of this Order, the Government shall submit the per curium opinion of the Pennsylvania Superior Court and/or any other documents which clarify the ruling of the Pennsylvania Superior Court, and documentation of any subsequent action by the Philadelphia Court of Common Pleas, on the murder case and all related

cases.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**