# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION NO. 04-489** |
| v. : | |
| : | **CIVIL ACTION NO. 16-2805** |
| **NORVEL VAS,** : | |
|       **Defendant.** : | |

## ORDER

**AND NOW**, this 13th day of June 2017, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 and the Government's response, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 (Doc. Nos. 311, 309) is **DENIED** as to Ground One and **DISMISSED** as to Ground Two;

2. No certificate of appealability shall issue, and no evidentiary hearing shall be held; and

3. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**

                                                  **CYNTHIA M. RUFE, J.**